# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | | |
|---|---|---|---|
| In Re: | **JOHN HENREY WALLACE III,** : | | Case No. 13-58383 |
| | : | | |
| | : | | Chapter 13 |
| | : | | |
| | Debtor. : | | Judge Charles M. Caldwell |

## NOTICE OF CHANGE OF ADDRESS OF DEBTOR

Now comes Debtor JOHN HENREY WALLACE III, by and through the undersigned counsel, and respectfully provides this Honorable Court with notice of a change of address for the Debtor:

JOHN HENREY WALLACE III
3567 1st Avenue
Grove City, Ohio 43123

Respectfully submitted,

Dated: 18 November 2015

/s/ Mark Albert Herder

Mark Albert Herder (0061503)
Attorney for the Debtor
MARK ALBERT HERDER, LLC
1031 East Broad Street
Columbus, Ohio 43205
Tel.:   614.444.5290
Fax:   614.444.4446